# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

May 4, 2016

Before

RICHARD A. POSNER, *Circuit Judge*

FRANK H. EASTERBROOK, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| No. 15-1036 <br><br> TIMOTHY BELL, <br>     *Plaintiff-Appellant,* <br><br>       *v.* <br><br> EUGENE MCADORY, *et al.,* <br>     *Defendants-Appellees.* | Appeal from the United States District Court for the Central District of Illinois. <br><br> No. 12-3138-CSB-DGB <br> Colin S. Bruce, *Judge.* |

**Order**

The opinion of this court issued on April 29, 2016, is amended as follows:

Page 7, line 3, "A district could" should be "A district court".